UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

BENITO MARIANO MICHA ANGONO,

Petitioner,

v.

WARDEN JEREMY CASEY,

Respondents.

Case No.:  3:26-cv-2313-CAB-DEB

**ORDER DISMISSING PETITION WITH LEAVE TO AMEND**

Petitioner Benito Mariano Micha Angono has filed a petition for a writ of habeas corpus pursuant to 8 U.S.C. § 2241.  [Doc. No. 1 ("Petition").]

The Court **DISMISSES** the Petition with leave to amend because the Petition is missing crucial information for the Court to evaluate whether a response is warranted.  *See Kourteva v. I.N.S.*, 151 F. Supp. 2d 1126, 1128 (N.D. Cal. 2001) ("Summary dismissal is appropriate only where the allegations in the petition are vague or conclusory, palpably incredible, or patently frivolous or false.")  In particular, the Petition does not provide basic information on Petitioner's immigration history, such as when or how he entered the United States and when or how he was detained by immigration authorities.

///

///

///

1

If Petitioner wishes to proceed with this case, he must file a First Amended Petition within thirty (30) days of the date of this Order.  The First Amended Petition must be complete in itself without reference to the original Petition.  Respondents not named and any claim not re-alleged will be considered waived.  *See* CivLR 15.1(a).

It is **SO ORDERED**.

Dated:  April 17, 2026

_____
Hon. Cathy Ann Bencivengo
United States District Judge