UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENITO MARIANO MICHA ANGONO,<br><br>Petitioner,<br><br>v.<br><br>WARDEN JEREMY CASEY,<br><br>Respondent. | Case No.:  3:26-cv-2313-CAB-DEB<br><br>**ORDER REQUIRING A BOND HEARING** |

Pending before the Court is Benito Mariano Micha Angono's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  [Doc. No. 3 ("Petition").]  Petitioner claims he has been in custody since December 15, 2024.  [*Id.* at 5.]

Respondent argues that Petitioner is subject to mandatory detention under § 1225(b), but "concedes that this Court should order that Petitioner receive an individualized bond hearing, where the government would bear the burden of proof of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a risk of flight." [Doc. No. 7 at 2.]

///

///

///

///

1

The Court thus **ORDERS** Respondents to provide Petitioner Benito Mariano Micha Angono an individualized bond hearing before an immigration judge as described above by **May 20, 2026**.  The Clerk of the Court shall close the case on May 25, 2026 unless the Court is notified that the bond hearing did not occur.

It is **SO ORDERED**.

Dated: May 6, 2026

_____
Hon. Cathy Ann Bencivengo
United States District Judge