UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BENITO MARIANO MICHA ANGONO,
Petitioner,
v.
WARDEN JEREMY CASEY,
Respondent.

Case No.: 3:26-cv-2313-CAB-DEB

**ORDER DENYING MOTION TO CLARIFY**

[Doc. No. 12]

Pending before the Court is Petitioner Benito Mariano Micha Angono's motion to clarify in which he states that the bond hearing ordered by this Court, [Doc. No. 12], has not occurred. However, in a prior motion, Petitioner provided a copy of the immigration judge's decision at a bond hearing provided to Petitioner on May 21, 2026, following this Court's order. [Doc. No. 10-2 at 1–4.] The immigration judge denied bond finding Petitioner posed a risk of flight. Indeed, Petitioner's prior motion explicitly challenged the bond hearing. [Doc. Nos. 10–11.] The Court therefore **DENIES** Petitioner's motion to clarify.

It is **SO ORDERED**.

Dated: October 13, 2026

Hon. Cathy Ann Bencivengo
United States District Judge